Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–31005–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nelson Rodriguez
   718 Larchmont St
   Toms River, NJ 08757–2631

Social Security No.:
   xxx–xx–4648

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    8/4/20
Time:    02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 9, 2020
JAN:

                                                  Jeanne Naughton
                                                  Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                       Case No. 18-31005-MBK
Nelson Rodriguez                                             Chapter 13
         Debtor                CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jul 09, 2020
                              Form ID: 137             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db             Nelson Rodriguez,    718 Larchmont St,   Toms River, NJ 08757-2631
lm            +Shellpoint Mortgage,    Shellpoint Mortgage Servicing,    55 Beattie Place,   Suite 500, MS-501,
               Greenville, SC 29601-5116
517828738     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
               El Paso, TX 79998-2238)
517828739      Bankamerica,    4909 Savarese Cir,   Tampa, FL 33634-2413
517828749      Fed Loan Serv,    PO Box 60610,   Harrisburg, PA 17106-0610
517828750      FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,   Harrisburg, PA 17106-9184
517828752      KML Law Group, PC,    216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
517828758      Newpennfin-shellpointm,    75 Beattie Pl Ste 300,   Greenville, SC 29601-2138
517828759      Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    PO Box 10826,   Greenville, SC 29603-0826
517828760      Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517828761      Specialized Loan Servicing/Sls,    Attn: Bankruptcy Dept,    8742 Lucent Blvd # 300,
               Highlands Ranch, CO 80129-2386
517828762     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,   PO Box 8026,
               Cedar Rapids, IA 52408-8026)
517828763      Toyota Motor Credit Co,    PO Box 9786,   Cedar Rapids, IA 52409-0004
517828764     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    PO Box 6429,
               Greenville, SC 29606-6429)
517828765      Wf Efs,    PO Box 5185,   Sioux Falls, SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 23:31:27     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 23:31:25     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517828737      E-mail/Text: g20956@att.com Jul 09 2020 23:31:44     AT & T Mobility,    PO Box 537104,
               Atlanta, GA 30353-7104
517828736      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2020 23:30:55     Americredit/Gm Financial,
               Attn: Bankruptcy,    PO Box 183853,   Arlington, TX 76096-3853
517828740      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 23:37:20     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238-1119
517828741      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 23:37:52     Capital One,
               Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
517925748      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 23:38:26
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517828742      E-mail/Text: electronicbkydocs@nelnet.net Jul 09 2020 23:31:28     Dept of Ed / 582 / Nelnet,
               Attn: Claims,   PO Box 82505,    Lincoln, NE 68501-2505
517828743      E-mail/PDF: pa_dc_ed@navient.com Jul 09 2020 23:37:24     Dept of Ed / Navient,
               Attn: Claims Dept,    PO Box 9635,   Wilkes Barre, PA 18773-9635
517828744      E-mail/PDF: pa_dc_ed@navient.com Jul 09 2020 23:37:24     Dept of Ed/Navient,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
517828745      E-mail/Text: electronicbkydocs@nelnet.net Jul 09 2020 23:31:28     Dept of Education/Neln,
               121 S 13th St,   Lincoln, NE 68508-1904
517938260     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2020 23:38:38     Directv, LLC,
               by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517828746      E-mail/Text: mrdiscen@discover.com Jul 09 2020 23:30:37     Discover Fin Svcs LLC,
               PO Box 15316,   Wilmington, DE 19850-5316
517828747      E-mail/Text: mrdiscen@discover.com Jul 09 2020 23:30:37     Discover Financial,    PO Box 3025,
               New Albany, OH 43054-3025
517828748      E-mail/Text: bankruptcynotices@dcicollect.com Jul 09 2020 23:31:44     Diversified Consultant,
               10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
517828751      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2020 23:30:55     Gm Financial,
               PO Box 181145,   Arlington, TX 76096-1145
517828754      E-mail/PDF: pa_dc_claims@navient.com Jul 09 2020 23:37:57     Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
517828753      E-mail/PDF: pa_dc_claims@navient.com Jul 09 2020 23:37:57     Navient,    Attn: Bankruptcy,
               PO Box 9000,   Wilkes Barre, PA 18773-9000
517828755      E-mail/PDF: pa_dc_claims@navient.com Jul 09 2020 23:37:24     Navient Solutions Inc,
               PO Box 9500,   Wilkes Barre, PA 18773-9500
517828756      E-mail/Text: electronicbkydocs@nelnet.net Jul 09 2020 23:31:28     Nelnet,    Attn: Claims,
               PO Box 82505,   Lincoln, NE 68501-2505
517828757      E-mail/Text: electronicbkydocs@nelnet.net Jul 09 2020 23:31:28     Nelnet Lns,    PO Box 1649,
               Denver, CO 80201-1649
517857145     +E-mail/Text: electronicbkydocs@nelnet.net Jul 09 2020 23:31:28
               US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
               Lincoln, NE 68508-1911
                                                                                              TOTAL: 22
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 09, 2020
                              Form ID: 137             Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +KML Law Group PC,   216 Haddon Ave,   Suite 406,   Westmont, NJ 08108-2812
                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Nelson  Rodriguez bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
               2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6
```