Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−31005−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nelson Rodriguez
   718 Larchmont St
   Toms River, NJ 08757−2631

Social Security No.:
   xxx−xx−4648

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 24, 2019.

On August 5, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    September 9, 2020
Time:                    10:00 AM
Location:             Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
       the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 6, 2020
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-31005-MBK
Nelson Rodriguez                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin            Page 1 of 2          Date Rcvd: Aug 06, 2020
                                 Form ID: 185            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
```
db           Nelson Rodriguez,   718 Larchmont St,   Toms River, NJ  08757-2631
lm          +Shellpoint Mortgage,   Shellpoint Mortgage Servicing,   55 Beattie Place,   Suite 500, MS-501,
             Greenville, SC 29601-5116
517828738   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   Attn: Bankruptcy,   PO Box 982238,
             El Paso, TX  79998-2238)
517828739    Bankamerica,   4909 Savarese Cir,   Tampa, FL  33634-2413
517828749    Fed Loan Serv,   PO Box 60610,   Harrisburg, PA  17106-0610
517828750    FedLoan Servicing,   Attn: Bankruptcy,   PO Box 69184,   Harrisburg, PA  17106-9184
517828752   #KML Law Group, PC,   216 Haddon Ave Ste 406,   Westmont, NJ  08108-2812
517828758    Newpennfin-shellpointm,   75 Beattie Pl Ste 300,   Greenville, SC  29601-2138
517828759    Shellpoint Mortgage Servicing,   Attn: Bankruptcy,   PO Box 10826,   Greenville, SC  29603-0826
517828760    Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO  80129-2386
517828761    Specialized Loan Servicing/Sls,   Attn: Bankruptcy Dept,   8742 Lucent Blvd # 300,
             Highlands Ranch, CO  80129-2386
517828762   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   PO Box 8026,
             Cedar Rapids, IA  52408-8026)
517828763    Toyota Motor Credit Co,   PO Box 9786,   Cedar Rapids, IA  52409-0004
517828764   ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
             (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy Dept,   PO Box 6429,
             Greenville, SC  29606-6429)
517828765    Wf Efs,   PO Box 5185,   Sioux Falls, SD  57117-5185
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2020 00:28:00    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2020 00:27:56    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517828737    E-mail/Text: g20956@att.com Aug 07 2020 00:28:24    AT & T Mobility,   PO Box 537104,
             Atlanta, GA  30353-7104
517828736    E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 07 2020 00:27:41
             Americredit/Gm Financial,   Attn: Bankruptcy,   PO Box 183853,   Arlington, TX  76096-3853
517828740    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2020 00:34:29    Capital One,
             15000 Capital One Dr,   Richmond, VA  23238-1119
517828741    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2020 00:34:29    Capital One,
             Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT  84130-0285
517925748    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2020 00:34:29
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517828742    E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2020 00:28:01    Dept of Ed / 582 / Nelnet,
             Attn: Claims,   PO Box 82505,   Lincoln, NE  68501-2505
517828743    E-mail/PDF: pa_dc_ed@navient.com Aug 07 2020 00:34:34    Dept of Ed / Navient,
             Attn: Claims Dept,   PO Box 9635,   Wilkes Barre, PA  18773-9635
517828744    E-mail/PDF: pa_dc_ed@navient.com Aug 07 2020 00:34:06    Dept of Ed/Navient,   PO Box 9635,
             Wilkes Barre, PA  18773-9635
517828745    E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2020 00:28:01    Dept of Education/Neln,
             121 S 13th St,   Lincoln, NE  68508-1904
517938260   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2020 00:34:40    Directv, LLC,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517828746    E-mail/Text: mrdiscen@discover.com Aug 07 2020 00:27:23    Discover Fin Svcs LLC,
             PO Box 15316,   Wilmington, DE  19850-5316
517828747    E-mail/Text: mrdiscen@discover.com Aug 07 2020 00:27:23    Discover Financial,   PO Box 3025,
             New Albany, OH  43054-3025
517828748    E-mail/Text: bankruptcynotices@dcicollect.com Aug 07 2020 00:28:23    Diversified Consultant,
             10550 Deerwood Park Blvd,   Jacksonville, FL  32256-0596
517828751    E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 07 2020 00:27:41    Gm Financial,
             PO Box 181145,   Arlington, TX  76096-1145
517828754    E-mail/PDF: pa_dc_claims@navient.com Aug 07 2020 00:34:34    Navient,   PO Box 9500,
             Wilkes Barre, PA  18773-9500
517828753    E-mail/PDF: pa_dc_claims@navient.com Aug 07 2020 00:34:33    Navient,   Attn: Bankruptcy,
             PO Box 9000,   Wilkes Barre, PA  18773-9000
517828755    E-mail/PDF: pa_dc_claims@navient.com Aug 07 2020 00:34:33    Navient Solutions Inc,
             PO Box 9500,   Wilkes Barre, PA  18773-9500
517828756    E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2020 00:28:01    Nelnet,   Attn: Claims,
             PO Box 82505,   Lincoln, NE  68501-2505
517828757    E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2020 00:28:01    Nelnet Lns,   PO Box 1649,
             Denver, CO  80201-1649
517857145   +E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2020 00:28:01
             US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
             Lincoln, NE 68508-1911
                                                                                      TOTAL: 22
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 06, 2020
                              Form ID: 185             Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +KML Law Group PC,   216 Haddon Ave,   Suite 406,   Westmont, NJ 08108-2812
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Daniel E. Straffi   on behalf of Debtor Nelson  Rodriguez bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
           2007-13 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6
```