UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

Order Filed on August 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rodriguez, Nelson

Case No.: 18-31005

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel E. Straffi, Jr._____, the applicant, is allowed a fee of $ _____2,000.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____2,000.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.  $500.00 to be paid in plan.

☒ outside the plan.  $1,500.00 to be paid outside of plan.

The debtor's monthly plan is modified to require a payment of $_____120.00_____ per month for _____40_____ months to allow for payment of the above fee.

*rev.8/1/15*