UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on August 25, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Nelson Rodriguez

Case No.: 18-31005 / MBK

Hearing Date: 08/12/2020

Judge: Michael B. Kaplan

Chapter:  13

Debtor(s)

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS OR
### CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: August 25, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- The debtor may seek a loan modification outside the Chapter 13 Plan. The Trustee shall not pay the mortgage lender's arrears claim(s). The mortgage lender is free to seek stay relief. The debtor is authorized to use the DMS or other portal. The debtor must request court approval when the final loan modification is received. The debtor's attorney must file a fee application for any compensation requested for work done in conjunction with the loan modification.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:
Nelson Rodriguez
       Debtor

Case No. 18-31005-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin         Page 1 of 1         Date Rcvd: Aug 25, 2020
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db           Nelson Rodriguez,    718 Larchmont St,    Toms River, NJ  08757-2631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo    docs@russotrustee.com
      Daniel E. Straffi    on behalf of Debtor Nelson  Rodriguez bkclient@straffilaw.com,
      G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
      Denise E. Carlon    on behalf of Creditor  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
      AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
      dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
      YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
      2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                      TOTAL: 6