Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–31005–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nelson Rodriguez
    718 Larchmont St
    Toms River, NJ 08757–2631

Social Security No.:
    xxx–xx–4648

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/24/21 at 09:00 AM

to consider and act upon the following:

*62* – Creditor's Certification of Default (related document:27 Order (Generic)) filed by Angela Catherine Pattison on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset–Backed Certificates, Se. Objection deadline is 01/28/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Pattison, Angela)

Dated: 1/28/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court