UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint*
*Mortgage Servicing as servicer for The Bank of*
*New York Mellon fka The Bank of New York, as*
*Trustee for The Certificateholders of CWABS, Inc.,*
*Asset-Backed Certificates, Series 2007-13*

Order Filed on February 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 18-31005-MBK |
| Nelson Rodriguez | Chapter: 13 |
| | Hearing Date: |
| Debtor. | Judge: Michael B. Kaplan, U.S.B.J. |

Recommended Local Form      ☐ Followed      ☒ Modified

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 25, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for

The Bank of New York Mellon fka The Bank of New York, as Trustee for The

Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 (hereinafter

"Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the

automatic stay and 1301(c) for relief from the co-debtor stay with respect to Stephanie Rodriguez

(the "Co-Debtor") as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant its successors and/or

assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of

appropriate jurisdiction to pursue the Movant's rights in the following:

713 Larchmont Street, Toms River, New Jersey 08757

It is further ORDERED that the Movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially

pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,

short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale

(or purchaser's assignee) may take any legal action for enforcement of its right to possession of

the property.

It is further ORDERED that the Movant may join the debtor, co-debtor and any trustee

appointed in this case as defendants in its action(s) irrespective of any conversion to any other

chapter of the Bankruptcy Code.

It is further ORDERED that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor and co-debtor.

The movant shall serve this Order on the debtor, co-debtor any trustee and any other party who entered an appearance on the motion.