Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31005−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nelson Rodriguez
   718 Larchmont St
   Toms River, NJ 08757−2631

Social Security No.:
   xxx−xx−4648

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       7/14/21
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
fee: $1,500.00

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 7, 2021
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nelson Rodriguez  
    Debtor

Case No. 18-31005-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 07, 2021      Form ID: 137      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nelson Rodriguez, 718 Larchmont St, Toms River, NJ 08757-2631 |
| lm | + | Shellpoint Mortgage, Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 500, MS-501, Greenville, SC 29601-5116 |
| 517828738 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 517828739 | | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517828749 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517828750 | | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517828752 | # | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 517828758 | | Newpennfin-shellpointm, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 517828759 | | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 517828760 | | Specialized Loan Servi, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 517828761 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy Dept, 8742 Lucent Blvd # 300, Highlands Ranch, CO 80129-2386 |
| 517828762 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517828763 | | Toyota Motor Credit Co, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517828764 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606-6429 |
| 517828765 | | Wf Efs, PO Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517828737 | | Email/Text: g20956@att.com | Jun 07 2021 20:21:00 | AT & T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 517828736 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 07 2021 20:20:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 517828740 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 07 2021 21:08:32 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517828741 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 07 2021 21:08:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517925748 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 07 2021 21:09:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517828742 | | Email/Text: electronicbkydocs@nelnet.net | Jun 07 2021 20:21:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: 137 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 517828743 | | Email/PDF: pa_dc_ed@navient.com | Jun 07 2021 21:09:27 | Dept of Ed / Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517828744 | | Email/PDF: pa_dc_ed@navient.com | Jun 07 2021 21:08:16 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517828745 | | Email/Text: electronicbkydocs@nelnet.net | Jun 07 2021 20:21:00 | Dept of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517938260 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 07 2021 21:09:34 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517828746 | | Email/Text: mrdiscen@discover.com | Jun 07 2021 20:20:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517828747 | | Email/Text: mrdiscen@discover.com | Jun 07 2021 20:20:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517828748 | | Email/Text: bankruptcynotices@dcicollect.com | Jun 07 2021 20:21:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 517828751 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 07 2021 20:20:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517828753 | | Email/PDF: pa_dc_claims@navient.com | Jun 07 2021 21:09:27 | Navient, Attn: Bankruptcy, PO Box 9000, Wilkes Barre, PA 18773-9000 |
| 517828754 | | Email/PDF: pa_dc_claims@navient.com | Jun 07 2021 21:09:28 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517828755 | | Email/PDF: pa_dc_claims@navient.com | Jun 07 2021 21:08:15 | Navient Solutions Inc, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517828756 | | Email/Text: electronicbkydocs@nelnet.net | Jun 07 2021 20:21:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 517828757 | | Email/Text: electronicbkydocs@nelnet.net | Jun 07 2021 20:21:00 | Nelnet Lns, PO Box 1649, Denver, CO 80201-1649 |
| 517857145 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 07 2021 20:21:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KML Law Group PC, 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka the Bank of New York  as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Se apattison@hillwallack.com, hwbknj@hillwallack.com |
| Daniel E. Straffi | on behalf of Debtor Nelson Rodriguez bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7