Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−31005−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nelson Rodriguez
   718 Larchmont St
   Toms River, NJ 08757−2631

Social Security No.:
   xxx−xx−4648

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/12/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 12, 2021
JAN: bwj

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nelson Rodriguez  
    Debtor

Case No. 18-31005-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 12, 2021      Form ID: 148      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nelson Rodriguez, 718 Larchmont St, Toms River, NJ 08757-2631 |
| lm | + | Shellpoint Mortgage, Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 500, MS-501, Greenville, SC 29601-5116 |
| 517828749 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517828750 | | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517828758 | | Newpennfin-shellpointm, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 517828759 | | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 517828760 | | Specialized Loan Servi, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 517828761 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy Dept, 8742 Lucent Blvd # 300, Highlands Ranch, CO 80129-2386 |
| 517828764 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517828737 | | EDI: CINGMIDLAND.COM | Aug 13 2021 00:28:00 | AT & T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 517828736 | | EDI: PHINAMERI.COM | Aug 13 2021 00:28:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 517828738 | | EDI: BANKAMER.COM | Aug 13 2021 00:28:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 517828739 | | EDI: BANKAMER.COM | Aug 13 2021 00:28:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517828740 | | EDI: CAPITALONE.COM | Aug 13 2021 00:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517828741 | | EDI: CAPITALONE.COM | Aug 13 2021 00:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517925748 | | EDI: CAPITALONE.COM | Aug 13 2021 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517828742 | | Email/Text: electronicbkydocs@nelnet.net | Aug 12 2021 20:26:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 517828743 | | EDI: NAVIENTFKASMDOE.COM | Aug 13 2021 00:28:00 | Dept of Ed / Navient, Attn: Claims Dept, PO Box |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | 9635, Wilkes Barre, PA 18773-9635 |
| 517828744 | | EDI: NAVIENTFKASMDOE.COM | Aug 13 2021 00:28:00 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517828745 | | Email/Text: electronicbkydocs@nelnet.net | Aug 12 2021 20:26:00 | Dept of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517938260 | + | EDI: AIS.COM | Aug 13 2021 00:28:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517828746 | | EDI: DISCOVER.COM | Aug 13 2021 00:28:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517828747 | | EDI: DISCOVER.COM | Aug 13 2021 00:28:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517828748 | | EDI: DCI.COM | Aug 13 2021 00:28:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 517828751 | | EDI: PHINAMERI.COM | Aug 13 2021 00:28:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517828753 | | EDI: NAVIENTFKASMSERV.COM | Aug 13 2021 00:28:00 | Navient, Attn: Bankruptcy, PO Box 9000, Wilkes Barre, PA 18773-9000 |
| 517828754 | | EDI: NAVIENTFKASMSERV.COM | Aug 13 2021 00:28:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517828755 | | EDI: NAVIENTFKASMSERV.COM | Aug 13 2021 00:28:00 | Navient Solutions Inc, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517828756 | | Email/Text: electronicbkydocs@nelnet.net | Aug 12 2021 20:26:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 517828757 | | Email/Text: electronicbkydocs@nelnet.net | Aug 12 2021 20:26:00 | Nelnet Lns, PO Box 1649, Denver, CO 80201-1649 |
| 517828762 | | EDI: TFSR.COM | Aug 13 2021 00:28:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517828763 | | EDI: TFSR.COM | Aug 13 2021 00:28:00 | Toyota Motor Credit Co, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517857145 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 12 2021 20:26:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517828765 | | EDI: WFFC.COM | Aug 13 2021 00:28:00 | Wf Efs, PO Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KML Law Group PC, 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 517828752 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Aug 12, 2021 Form ID: 148 Total Noticed: 36

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka the Bank of New York  as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Se apattison@hillwallack.com, hwbknj@hillwallack.com |
| Daniel E. Straffi | on behalf of Debtor Nelson Rodriguez bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7